1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KEVIN DANIEL DILL,                     No. CIV S-07-1277-LEW-CMK-P

12              Plaintiff,

13         vs.                                        <u>ORDER</u>

14    SHASTA COUNTY JAIL STAFF,
      et al.,
15
                Defendants.
16
      _____/
17

18              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19    to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

20    Eastern District of California local rules.

21              On August 21, 2007, the magistrate judge filed findings and recommendations

22    herein which were served on the parties and which contained notice that any objections to the

23    findings and recommendations were to be filed within 20 days.   No objections to the findings

24    and recommendations have been filed.

25    / / /

26    / / /

1

Although it appears from the file that the findings and recommendations were returned, the parties were properly served.  It is the responsibility of the parties to keep the court apprised of their address of record at all times.  Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed August 21, 2007, are adopted in full;

2.      This action is dismissed without prejudice; and

3.      The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED

Date: November 20, 2007

_____

HONORABLE RONALD S.W. LEW

U.S. District Court Judge

2